**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | * | Case No. <u>15-55213</u> |
|     Alan Brown | | |
| | * | Judge: <u>CALDWELL</u> |
|                        Debtor | * | Ch. 13 |

**AUDITOR VALUE OF REAL PROPERTY**

      Now comes Debtor, by and through Counsel, to submit the attached Auditor value of real estate, which the debtor believes to be the fair market values of the real estate pursuant to LBR 3012-1(d).

      Respectfully submitted,

/s/ Michael A. Cox
Michael A. Cox (0075218)
Attorney for Debtor
2500 N. High St., Ste. 100
Columbus, OH  43202
(614) 267-2871

- Summary
- Land Profile
- Residential
- Commercial
- Improvements
- Permits
- Mapping
- Sketch
- Photo
- Aerial Photos
- Transfers
- BOR Status
- CAUV Status
- Tax & Payments
- Tax Distribution
- Rental Contact

ParcelID: 010-059505-00         Map-Rt: 010-M054 -037-00
BROWN ALAN                                   1521 GENESSEE AV

## Owner

| | |
|---|---|
| Owner | BROWN ALAN<br>WANDA E |
| Owner Address | |
| Legal Description | 1521 GENESSEE AVE<br>LINDEN<br>LOT 876 |
| Acres | 0 |
| Tax Bill Mailing | ALAN BROWN<br>WANDA E BROWN<br>1521 GENESSEE AVE<br>COLUMBUS OH 43211-1436 |

## 2014 Tax Status

| | |
|---|---|
| Property Class | R - Residential |
| Land Use | 510 - ONE-FAMILY DWLG ON PLATTED LOT |
| Tax District | 010 - CITY OF COLUMBUS |
| School District | 2503 - COLUMBUS CSD |
| City/Township | |
| Appraisal Neighborhood | 04000 |
| CAUV Property | No |
| Owner Occ. Credit | Yes |
| Homestead Credit | No |
| Board of Revision | No |
| Zip Code | 43211 |

## 2014 Current Market Value

| | Land | Improvements | Total |
|---|---|---|---|
| Base | 10,000 | 33,100 | 43,100 |
| TIF | | | |
| Exempt | | | |
| Total | 10,000 | 33,100 | 43,100 |
| CAUV | 0 | | |

## 2014 Taxable Value

| | Land | Improvements | Total |
|---|---|---|---|
| Base | 3,500 | 11,590 | 15,090 |
| TIF | | | |
| Exempt | | | |
| Total | 3,500 | 11,590 | 15,090 |

## 2014 Taxes

| Net Annual Tax | Taxes Paid | CDQ |
|---|---|---|
| 909.64 | .00 | 2015 |

## Dwelling Data

| Yr Built | Ab Gr Sq Ft | Rooms | Bedrooms | Full Baths | Half Baths |
|---|---|---|---|---|---|
| 1925 | 1,244 | 6 | 3 | 1 | |

## Site Data

| Frontage | Depth | Acres | Historic District |
|---|---|---|---|
| 33 | 140 | .1061 | |




1 of 1
Return to Search Results

**Actions**
- Neighborhood Sales
- Printable Summary
- Printable Version

**Reports**
CSV Export
Mailing List
Map Report
Parcel Summary

Go

**Links**
FC Treasurer
FC Recorder
Sex Offender Inquiry

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing <u>Auditor Value of Real Property</u> was served electronically upon the clients and following parties of interest on Wednesday, August 12, 2015:

U.S. Trustee
Faye D. English, Ch. 13 Trustee


          <u>/s/ Michael A. Cox</u>
          Michael A. Cox (0075218)