**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) ) ) ) | Case No. <u>15-55213</u> |
| Alan Brown | ) ) ) ) ) | Judge: <u>CALDWELL</u> |
| Debtor | ) | Chapter: 13 |

**NOTICE OF CHANGE OF ADDRESS**

NAME OF PARTY TO BE CHANGED:   Debtor;  Alan Brown

FORMER ADDRESS:                    2701 Buckwheat Ct.
                                    Obetz, OH 43207

NEW ADDRESS:                       7833 Antonio Lane
                                    Blacklick, OH 43004

DATE: Tuesday, July 25, 2017        */s/ Michael A. Cox*
                                    Michael A. Cox (0075218)
                                    Attorney for Debtor
                                    Guerrieri & Cox
                                    2500 North High Street, Ste. 100
                                    Columbus, OH 43202
                                    (614) 267-2871

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the above Notice of Change of Address is served via ECF to the Trustee for the above named Debtor upon transmission to the Court.

Creditors/Parties of Interest via electronically:

US Trustee
Faye D. English

Creditors and parties of interest via regular US mail:

Anal Brown
7833 Antonio Lane
Blacklick, OH 43004

                                    */s/ Michael A. Cox*
                                    Michael A. Cox (0075218)
                                    Attorney for Debtor